

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Tim and Jamie Bleything,<br>        Plaintiff,<br>v.<br>North American Van Line, Inc; and<br>A-1 Freeman Moving & Storage Llc,<br>        Defendant. | No. CJ-2023-2780<br>**(Civil relief more than $10,000: NEGLIGENCE (GENERAL))**<br><br>Filed: 05/15/2023<br><br><br>Judge: Bonner, Anthony L. |

# PARTIES

A-1 Freeman Moving & Storage Llc, Defendant
Bleything,  Jamie, Plaintiff
Bleything,  Tim, Plaintiff
North American Van Line, Inc., Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Bardell,  Alan  W (Bar #17415)<br>1220 N WALKER AVENUE<br>OKC, OK 73103 | Bleything,   Tim<br>Bleything,   Jamie |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**          Issue: NEGLIGENCE (GENERAL) (NEGL)
                Filed By: Bleything, Tim
                Filed Date: 05/15/2023

EXHIBIT 2

| Party Name | Disposition Information |
|---|---|
| | Pending. |

## DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 05-15-2023 | [ TEXT ] | | | #1 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | |
| 05-15-2023 | [ NEGL ] | | | |
| | NEGLIGENCE (GENERAL) | | | |
| 05-15-2023 | [ DMFE ] | | | $ 7.00 |
| | DISPUTE MEDIATION FEE | | | |
| 05-15-2023 | [ PFE1 ] | | | $ 163.00 |
| | PETITION | | | |
| 05-15-2023 | [ PFE7 ] | | | $ 6.00 |
| | LAW LIBRARY FEE | | | |
| 05-15-2023 | [ OCISR ] | | | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 05-15-2023 | [ OCJC ] | | | $ 1.55 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | |
| 05-15-2023 | [ OCASA ] | | | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | |
| 05-15-2023 | [ SSFCHSCPC ] | | | $ 10.00 |
| | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 05-15-2023 | [ CCADMINCSF ] | | | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 05-15-2023 | [ CCADMIN0155 ] | | | $ 0.16 |
| | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | |
| 05-15-2023 | [ SJFIS ] | | | $ 0.45 |
| | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | |
| 05-15-2023 | [ DCADMIN155 ] | | | $ 0.23 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | |
| 05-15-2023 | [ DCADMIN05 ] | | | $ 0.75 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | |
| 05-15-2023 | [ DCADMINCSF ] | | | $ 1.50 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 05-15-2023 | [ CCRMPF ] | | | $ 10.00 |
| | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | |

| Date | Code | Amount |
|---|---|---|
| 05-15-2023 | [ CCADMIN04 ]<br>COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 05-15-2023 | [ LTF ]<br>LENGTHY TRIAL FUND | $ 10.00 |
| 05-15-2023 | [ SMF ]<br>SUMMONS FEE (CLERKS FEE)X2 | $ 20.00 |
| 05-15-2023 | [ P ]<br>PETITION<br>Document Available (#1055604332)  TIFF   PDF | |
| 05-15-2023 | [ TEXT ]<br>OCIS HAS AUTOMATICALLY ASSIGNED JUDGE BONNER, ANTHONY L. TO THIS CASE. | |
| 05-15-2023 | [ ACCOUNT ]<br>RECEIPT # 2023-5410717 ON 05/15/2023.<br>PAYOR: HAYES MAGRINI & GATEWOOD TOTAL AMOUNT PAID: $ 262.14.<br>LINE ITEMS:<br>CJ-2023-2780: $183.00 ON AC01 CLERK FEES.<br>CJ-2023-2780: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2023-2780: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2023-2780: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2023-2780: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2023-2780: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2023-2780: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2023-2780: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2023-2780: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2023-2780: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2023-2780: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2023-2780: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | |
| 08-10-2023 | [ SMS ]<br>SUMMONS RETURNED, SERVED: A-1 FREEMAN MOVING & STORAGE LLC ET AL/ JAMES W FREEMAN 8-10-23<br>Document Available (#1056174029)  TIFF   PDF | |
| 08-10-2023 | [ SMS ]<br>SUMMONS RETURNED, SERVED: AMERICAN VAN LINE INC/ GARY L PARRISH 8-10-23<br>Document Available (#1056174025)  TIFF   PDF | |