IN THE DISTRICT COURT FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| TIM AND JAMIE BLEYTHING, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) **CJ-2023-2780** |
| V. | ) Case No.: CJ-2023-_____ |
| | ) |
| NORTH AMERICAN VAN LINE, INC.; and, | ) |
| A-1 FREEMAN MOVING & STORAGE, LLC., | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

To the Above Named Defendant:   A-1 Freeman Moving & Storage, LLC
c/o James W. Freeman
11517 N Broadway Extension
Oklahoma City, OK 73114

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 15 day of May, 2023.

_____, Court Clerk

(SEAL)   By: _____   RICK WARREN, Court Clerk
Deputy Court Clerk

Attorneys for Plaintiff:
Name     Alan W. Bardell, OBA No. 17415
         Tanner B. France, OBA No. 33171
         Hayes Magrini & Gatewood
Address  1220 N. Walker (73103) P.O. Box 60140
         Oklahoma City, Oklahoma 73146-0140
Phone No. (405) 235-9922; (405) 235-6611 (Fax)

This summons was served on   8-10-2023
                             (date of service)
_____
Signature of person serving summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

P  10:10 AM

Exhibit 3


C *1056174029*

**OUR FIRM FILE NUMBER:**

County: Oklahoma

Case Number: CJ-2023-2780

### TIM AND JAMIE BLEYTHING - Plaintiff(s)

vs

### NORTH AMERICAN VAN LINE, INC.; ET A - Defendant(s)

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
AUG 1 0 2023
RICK WARREN
COURT CLERK
127

Date Served: 8/10/2023 10:10:00 AM

Served By: JOHN SHADID (PSS-2021-4 (Oklahoma))

County of Origin: Oklahoma

## Proof of Service

Case Number: CJ-2023-2780

| DOCUMENTS SERVED: I, being duly sworn, certify that I received the forgoing, to wit:<br><br>*Summons with Petition | METHOD OF SERVICE:<br>And served the same according to the law in the following manner, to wit: |
|---|---|
| | Corporation/Partnership, Etc.    by delivering a true copy of said process to JAMES W. FREEMAN he/she/it, being the service agent, agent in charge, an officer or partner of said entity, to wit: A-1 FREEMAN MOVING & STORAGE, LLC ET AL at 11517 N BROADWAY EXTENSION, OKLAHOMA CITY, OK 73114-0000. Date and Time: 8/10/2023 10:10:00 AM<br><br>Other Information: |

334786

Subscribed and sworn to before me this
10 day of August 2023

Notary Public  Commission Exp.
(SEAL)

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Name of Server     8/10/2023 (date)