

**IN THE DISTRICT COURT FOR OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

TIM AND JAMIE BLEYTHING, )
Plaintiffs, )
V. ) Case No.: CJ-2023-______
NORTH AMERICAN VAN LINE, INC.; and, )
A-1 FREEMAN MOVING & STORAGE, LLC., )
Defendants. )

CJ-2023-2780

**SUMMONS**

To the Above Named Defendant: North American Van Line, Inc.
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 15 day of May, 2023.

______________________, Court Clerk

(SEAL) By: RICK WARREN, Court Clerk
Deputy Court Clerk

Attorneys for Plaintiff:
Name Alan W. Bardell, OBA No. 17415
Tanner B. France, OBA No. 33171
Hayes Magrini & Gatewood
Address 1220 N. Walker (73103) P.O. Box 60140
Oklahoma City, Oklahoma 73146-0140
Phone No. (405) 235-9922; (405) 235-6611 (Fax)

This summons was served on 8-16-2023.
(date of service)

______________________
Signature of person serving summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

10:40AM

Exhibit 4

**OUR FIRM FILE NUMBER:**

Client: H. *1056174025* County: Oklahoma Case Number: CJ-2023-2780

**TIM AND JAMIE BLEYTHING - Plaintiff(s)**

**vs**

**NORTH AMERICAN VAN LINE, INC.; ET AL - Defendant(s)**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 10 2023

RICK WARREN
COURT CLERK
127

Date Served: 8/10/2023 10:40:00 AM

Served By: JOHN SHADID (PSS-2021-4 (Oklahoma))

County of Origin: Oklahoma

# *Proof of Service*

Case Number: CJ-2023-2780

| **DOCUMENTS SERVED: I, being duly sworn, certify that I received the forgoing, to wit:** | **METHOD OF SERVICE: And served the same according to the law in the following manner, to wit:** | |
|---|---|---|
| *Summons with Petition | Corporation/Partnership, Etc. | by delivering a true copy of said process to GARY L. PARRISH(CORPORATION SERVICE COMPANY he/she/it, being the service agent, agent in charge, an officer or partner of said entity, to wit: NORTH AMERICAN VAN LINE, INC. at 10300 GREENBRIAR PLACE, OKLAHOMA CITY, OK 73159-0000. Date and Time: 8/10/2023 10:40:00 AM |
| | Other Information: | |

334785

Subscribed and sworn to before me this 10 day of [signature]

[signature]

Notary Public Commission Exp.

(SEAL)

JOHN SHADID NOTARY PUBLIC STATE OF OKLAHOMA #22016440 EXP. 08/02/26

Undersigned declares under penalty of perjury that the foregoing is true and correct.

[signature] 8/10/2023

Name of Server (date)

