# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

(1) TIM BLEYTHING; (2) JAMIE BLE

Plaintiff(s)

vs.                                                                                         Case Number:

(3) NORTH AMERICAN VAN LINE

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

NORTH AMERICAN VAN LINE, INC.
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   SIRVA-BGRS Holdings, Inc.
   SIRVA-Intermediate, Inc.
   SIRVA, Inc.
   SIRVA Worldwide, Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  30th  day of  August  , 20 23 .

s/Stuart D. Campbell
Signature

Stuart D. Campbell                           11246
Printed Name                                 Bar Number

Doerner Saunders Daniel & Anderson LLP
Firm Name

Two West Second Street, Suite 700
Address

Tulsa                              OK      74103-3522
City                               State   ZIP

(918) 582-1211                     (918) 591-5360
Phone                              Fax

scampbell@dsda.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on ____August 30, 2023____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on ____August 30, 2023____ (Date), I served the same document by

- [✓] U.S. Postal Service
- [ ] In Person Delivery
- [ ] Courier Service
- [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es): Alan W. Bardell & Tanner B. France
Hayes Magrini Gatewood,
1220 N. Walker Avenue, Oklahoma City, OK 73103

s/Stuart D. Cambell
Signature