UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) TIM BLEYTHING; and <br> 2) JAMIE BLEYTHING, <br><br> Plaintiffs, <br><br> v. <br><br> 3) NORTH AMERICAN VAN LINE, INC. <br> 4) A-1 FREEMAN MOVING & <br> STORAGE, LLC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LCvR7.1.1 DISCLOSURE STATEMENT
## IDENTIFYING CONSTITUENTS OF LLC

Pursuant to LCvR7.1.1 the undersigned counsel for A-1 FREEMAN MOVING & STORAGE, LLC, discloses the following information:

1. James and Norma Freeman, Dennis and Dena Lovett, and Larry and Cheri Vinzant are the only members of A-1 FREEMAN MOVING & STORAGE, LLC.

2. James and Norma Freeman are citizens of Oklahoma. Dennis and Dena Lovett are citizens of Oklahoma. Larry and Cheri Vinzant are citizens of Texas.

3. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL
    & ANDERSON, L.L.P.


*s/ Stuart D. Campbell*
Stuart D. Campbell, OBA #11246
700 Williams Center Tower II
Two West Second Street

1

Tulsa, Oklahoma 74103-3522
Telephone 918-582-1211
Facsimile 918-591-5360
scampbell@dsda.com

Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone (405) 319-3513
Facsimile (405) 319-3524
kmaddy@dsda.com

*Attorneys for Defendants North American Van Line, Inc. and A-1 Freeman Moving & Storage, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2023, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system, electronic mail, and/or U.S. Mail, postage prepaid:

>Alan W. Bardell
>Tanner B. France
>HAYES MAGRINI GATEWOOD
>1220 N. Walker Avenue
>Oklahoma City, OK 73103
>Telephone: 405-235-9922
>Facsimile: 405-235-6611
>Email:  abardell@hmglawyers.com
>            tfrance@hmglawyers.com

*s/ Stuart Campbell*
*Attorneys for Defendants North American Van Line, Inc. and A-1 Freeman Moving & Storage, LLC*

8050430.1