## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIM AND JAMIE BLEYTHING<br><br>Plaintiff(s),<br><br>v.<br><br>NORTH AMERICAN VAN LINE, INC.;<br>and A-1 FREEMAN MOVING &<br>STORAGE, LLC.,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendants__ , NORTH AMERICAN VAN LINE, INC.; AND A-1 FREEMAN MOVING & STORAGE, LLC.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ **Kaylee Davis-Maddy**           08/30/2023
Signature                                  Date

**Kaylee Davis-Maddy**
Print Name

**Doerner, Saunders, Daniel & Anderson, LLP**
Firm

**210 Park Avenue, Ste 1200**
Address

**Oklahoma City**          **OK**          **73102**
City          State          Zip Code

**405-319-3513**
Telephone

**kmaddy@dsda.com**
Internet E-mail Address

Criminal Cases Only:
☐ Retained or USA
☐ CJA Appointment
☐ Federal Public Defender
☐ Pro Bono
☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on August 30, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

Alan W. BardellL
Tanner B. France
HAYES MAGRINI GATEWOOD
1220 N Walker Avenue
Oklahoma City, OK 73103
abardell@hmglawyers.com
tfrance@hmglawyers.com

s/ Kaylee Davis-Maddy
s/ Attorney Name