8010077940 RR Donnelley ©2018. All rights reserved. — 0657


northAmerican.

# NORTH AMERICAN VAN LINES BILL OF LADING & FREIGHT BILL

U.S. DOT NO. 070851 • NORTH AMERICAN VAN LINES, INC. • P.O. BOX 988, FORT WAYNE, IN 46801-0988 • PHONE (800) 348-2111

WHEN INQUIRING ABOUT YOUR SHIPMENT—REFER TO
REGISTRATION NUMBER
N431358000000

| SHIPPER (PERSON OR COMPANY PAYING CHARGES) | | | | CONSIGNEE | Tim/Jamie Bleything | | |
|---|---|---|---|---|---|---|---|
| A/C (OW Tim/Jamie Bleything E THE SAME) | | | | DELIVERY ADDRESS | 760 Promenade Pointe Drive | | |
| LOADING ADDRESS | 21520 S. Sawtooth Circle | | | CITY | Saint Augustine | STATE FL | ZIP 32095 |
| CITY | Edmond | STATE OK | ZIP 73003 | SPLC | | COUNTY | St. Johns (PH:(405) 535-2213 |
| SPLC | | COUNTY Oklahoma | (PH:(405) 535-2213 | NOTIFY | Tim/Jamie Bleything | | (PH:(405) 535-2213 |
| BILL TO: | Accounts Payable | | | ADDRESS | | Back 405-509-0166 | |
| | 5001 US HWY 30 West | | ACCOUNT PROFILE NO. | CITY | | STATE | ZIP |
| | Ft. Wayne, IN 46818 | | | CARRIER & CONTACT OFFICE | A-1 Freeman Mvg. & Stg., Inc (PH:(405) 751-7561 | | |
| ACCT: INDIV | NATL | MILITARY | GOVT | OTHER | PROVISO | ADDRESS 11517 N. Broadway Ext. | | |
| ISSUING AGENT CODE | 1605000 | | | CITY Oklahoma City | | STATE OK | ZIP 73114 |

| LOADING PERIOD | 9/7/21 - 9/8/21 | DELIVERY PERIOD | 9/10/21 - 9/11/21 |
|---|---|---|---|

SUBJECT TO THE FOLLOWING CHARGES AND CONDITIONS:
1. BASED ON TARIFF NO. _____
2. ☐ PREPAID  ☐ C.O.D.  ☐ CHARGE  ☐ CASHIER'S CHECK  ☐ CASH  ☐ CREDIT CARD

3. STORAGE: ☐ IN TRANSIT , OR ☐ PERMANENT  CONTROL NUMBER _____
AT _____ WAREHOUSE

| CODE | NAME | NORTH AMERICAN SERVICING AGENTS | SPECIAL SERVICES AUTHORIZED BY SHIPPER | SHIPMENT WEIGHT |
|---|---|---|---|---|
| BKR | 1605000 | A-1 Freeman Mvg. & Stg., Inc. | EXPEDITED SERVICE ORDERED BY SHIPPER— | GROSS WEIGHT _____ LB. |
| O/A | 1605000 | A-1 Freeman Mvg. & Stg., Inc. | DELIVERY ON OR BEFORE _____ | TARE WEIGHT _____ LB. |
| PKR | | | EXCLUSIVE USE OF A _____ CU.FT. VE—ORDERED, | NET WT. _____ LB. |
| D/A | 1999000 | Baymeadows Moving & Storage | SPACE RESERVATION _____ CU.FT. ORDERED | |
| UNPKR | | | INTERLINE CARRIER NAME: _____ | MOVING AS _____ |
| RULE 19 AGENT | CONTROL # | MILES | DRIVER CODE | VAN NO. | ADDRESS: _____ | REWEIGH GROSS WT. _____ LB. |
| 1 HAULER | | | | | ADVANCE NOTIFICATION OF CHARGES TO: | TARE WT. _____ LB. |
| 2 HLR | | | | | FAX/E-MAIL/TEL _____ | NET WT. _____ LB. |
| 3 HLR | | | | | OTHER(EXPLAIN) _____ | |

FOR CALIFORNIA ORIGINS: Customer agrees that title to all packing materials and other property sold to customer passes to customer prior to the transportation of such property to the customer by carrier. The sale price of the containers and container material is $_____. This sale price is included in the total packing service charge.

| SHIPMENT REWEIGH | AGENT NO. | SERVICES PERFORMED | RATE | CHARGES |
|---|---|---|---|---|
| ☐ SHIPPER REQUESTS REWEIGH, AND | | TRANSPORTATION MILEAGE _____ TOTAL WT. _____ | | |
| ☐ SHIPPER WAIVES THE RIGHT TO OBSERVE | | BASE WGT. _____ LBS. BASE TRANS. CHARGE $ _____ | | |
| | | EXCESS WGT. _____ LBS. @ _____ /CWT = $ _____ | TOTAL | |
| SHIPPER'S SIGNATURE X _____ DATE: _____ | | | | |
| | | VALUATION MVP-AMT. $ _____ | | |
| | | DAILY: (WT. _____ LB.) 1st Day @ _____ + No./Days _____ @ _____ | | |
| | | WAREHOUSE HANDLING _____ LB. | | |
| | | VALUATION _____ 15 Day period(s) @ _____ | | |
| | | CARTAGE ☐ ORIG ☐ DEST MILES _____ SEC.( ) | | |
| LOADING CONFIRMATION | | BASE WGT. _____ LBS. BASE CARTAGE CHARGE $ _____ | | |
| SUBJECT TO CARRIER APPLICABLE TARIFFS AND ALL TERMS AND CONDITIONS SHOWN HEREON AND ON THE REVERSE SIDE OF THIS CONTRACT. | | EXCESS WGT. _____ LBS. @ _____ /CWT = $ _____ | TOTAL | |
| | | OTHER (EXPLAIN) _____ | | |
| DATE LOADED: 8/8/21 | | | | |
| CUSTOMER SIGNATURE X _____ | | | | |
| DRIVER SIGNATURE X _____ CODE: 57388 | | | | |
| | | EXTRA ☐ PICK-UPS OR ☐ DELIVERIES ☐ PER STOP FS ☐ CS ☐ PACKING | | |
| | | EXTRA STOP ZIPS: (1) _____ (2) _____ FS ☐ CS ☐ UNPACKING | | |
| DELIVERY CONFIRMATION | | (3) _____ (4) _____ CONTAINER CHARGE | | |
| THE ABOVE DESCRIBED SHIPMENT RECEIVED IN APPARENT GOOD CONDITION, EXCEPT AS NOTED ON THE INVENTORY AND CONDITION REPORT. | | ESTIMATED CHARGES: $ 37,484.15 | ADDITIONAL SERVICES | |
| ACTUAL DELIVERY DATE: 9/16/21 | | (IF THE SHIPMENT IS COLLECT-ON-DELIVERY) THE MAXIMUM AMOUNT CARRIER WILL DEMAND AT THE TIME OF DELIVERY, TO BE PAID AS SET FORTH ABOVE (110% OF NON-BINDING ESTIMATE; 100% OF BINDING ESTIMATE) IS: $ _____ ANY BALANCE DUE WILL BE BILLED 30 DAYS AFTER DELIVERY. | TOTAL PRE-PAYMENT RECEIVED | DEST. PAYMENT RECEIVED | BALANCE DUE |
| CUSTOMER SIGNATURE X _____ | | | $ _____ | $ _____ | $ _____ |
| DRIVER SIGNATURE X _____ CODE: 16743 | | REFUND DUE SHIPPER ☐ BY NAVL ☐ BY AGENT (CODE) | (AGT. NO. ) | (AGT. NO. ) | (AGT. NO. ) |
| | | BY: X _____ (CASH REFUND RECEIVED) $ _____ | STATEMENT OF ADDITIONAL SERVICES ATTACHED ☐ YES ☐ NO | | |

BOL

NAVL 41145 (Rev. 5/18)   1. ORIGINAL   PRINTED IN U.S.A.