### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIM BLEYTHING and JAMIE BLEYTHING,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN VAN LINE, INC., and A-1 FREEMAN MOVING & STORAGE, LLC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Case No. CIV-23-00764-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **ORDER**

Before the Court is Plaintiffs' Unopposed Motion for an Extension of Time to File a Response to Defendants' Motion to Dismiss (Dkt. 7), filed on September 21, 2023. Plaintiffs seek to extend the deadline to file a response to Defendants' Motion to Dismiss (Dkt. 6) to October 9, 2023. Plaintiffs' counsel advises the Court that the extension is unopposed by Defendant and that the extension will not affect other deadlines in the case. Upon review and for good cause shown, the Court **GRANTS** the motion (Dkt. 7) and extends the deadline to file a response to Defendants' Motion to Dismiss (Dkt. 6). Accordingly, Plaintiffs are instructed to file their response to Defendants' Motion to Dismiss on or before October 9, 2023.

**IT IS SO ORDERED** this 22nd day of September 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE