# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIM BLEYTHING and JAMIE BLEYTHING, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   Case No. CIV-23-00764-PRW ) |
| NORTH AMERICAN VAN LINE, INC. and A-1 FREEMAN MOVING & STORAGE, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Unopposed Motion for Leave to File Answer Out of Time (Dkt. 12), filed by Defendant North American Van Line, Inc. ("NAVL"). Upon review, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 12). NAVL shall file its answer on or before November 15, 2024.

**IT IS SO ORDERED** this 6th day of November 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1