**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**FEBRUARY STATUS AND SCHEDULING CONFERENCE DOCKET**
for
Judge Patrick R. Wyrick

**Wednesday, February 5, 2025**

1. Your status and scheduling conference will be held in Judge Wyrick's Chambers, on the 5th floor, of the William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

2. You must confer with the opposing party and prepare a Joint Status Report and Discovery Plan, and file it on or before **Wednesday, January 29, 2025**.

3. You must state in the Joint Status Report whether you have complied with Local Rule 26.1. Strict compliance with Local Rule 16.1 and 26.1 is expected.

4. At the conference, be prepared to report whether you have exchanged discovery.

5. To the extent that the parties wish to submit an Agreed Protective Order pursuant to Section 8(F) of the Joint Status Report and Discovery Plan, attach the Agreed Protective Order to the Joint Status Report and Discovery Plan when it is filed and submit the proposed Agreed Protective Order in Word format to the Judge via the Judge's orders email inbox at: wyrick-orders@okwd.uscourts.gov

6. If you are not a local attorney, you may appear by telephone, so long as you seek leave to do so by motion at least two days prior to the conference.

7. Please note that a valid photo identification is required to enter the federal courthouse building.

---

**9:30 a.m.**

| | | |
|---|---|---|
| CIV-24-1128-PRW | Janice Cope | Jacquelyn Dill<br>Patrick McGinnis |
| | v. | |
| | Safeco Insurance Company of America | Kristen Evans<br>William O'Connor |

**9:50 a.m.**

| CIV-23-764-PRW | Tim Bleything, et al. | Alan Bardell<br>Tanner France |
| --- | --- | --- |
| | v. | |
| | North American Van Line Inc. | Kaylee Davis-Maddy<br>Stuart Campbell |

---

**10:10 a.m.**

| CIV-24-1155-PRW | Stephen Allen | A. Laurie Koller<br>Ben Baker<br>Dawn Goeres<br>Levi Baker |
| --- | --- | --- |
| | v. | |
| | CSAA General Insurance Company | Maurice Woods<br>Orion Strand |

---

**10:30 a.m.**

| CIV-24-1212-PRW | Lorenso R. Cagigal, et al. | A. Laurie Koller<br>Ben Baker<br>Dawn Goeres<br>Levi Baker |
| --- | --- | --- |
| | v. | |
| | State Farm Fire and Casualty Company | Andrew Morris<br>Garrett Reed<br>Jessica Dickerson |

**10:50 a.m.**

CIV-24-1176-PRW    Maxie Shelton, et al.                    Gerard Pignato
                                                            Matthew Kane
                    v.                                      Susan Kane

                    Allstate Vehicle and Property          Andrew Wakeman
                    Insurance Company                       Galen Brittingham
                                                            J. Andrew Brown
                                                            Andrew L. Duvall

---

**11:10 a.m.**

CIV-24-1191-PRW    Jayby Inc. d/b/a Ambassador Roofing    Jason Dunn
                                                          Madeline Nelson
                    v.

                    Arch Specialty Insurance Company, et al.    Jarrett Wilson
                                                                Timothy Cain