UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIM BLEYTHING, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. CIV-23-764-PRW |
| | ) |
| NORTH AMERICAN VAN LINE, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER FOR STATUS CONFERENCE

This matter has been referred to **United States Magistrate Judge Chris M. Stephens** for judicial settlement conference.  Before scheduling the judicial settlement conference, the parties shall have a status conference with Judge Stephens **at 1:30 p.m. on Tuesday, March 25, 2025.**  Attendees should report to Judge Stephens' chambers, Room 2001 in the William J. Holloway, Jr. United States Courthouse, 200 N.W. 4th Street, Oklahoma City, Oklahoma.

Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions.  Note that this is **not** a judicial settlement conference and does **not** require attendance as set forth in Local Civil Rule 16.2(b).

**IT IS SO ORDERED** this 27th day of February, 2025.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE