UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TIM BLEYTHING, et al.,**  )<br>  )<br>**Plaintiff,**  )<br>  )<br>v.  )<br>  )<br>**NORTH AMERICAN VAN LINE,**  )<br>**INC, et al.,**  )<br>  )<br>**Defendant.**  ) | Case No. CIV-23-764-PRW |

**ENTER ORDER:**

The parties recently confirmed that they have reached a settlement agreement. Accordingly, the Settlement Conference scheduled for June 17, 2025, at 1:00 p.m., is **STRICKEN**.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE CHRIS M. STEPHENS.

JOAN KANE, Clerk

By: /s/ Andrea Caster

Date:   June 17, 2025